Certificate Number: 01841-GAN-CC-010385616

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 30, 2010, at 4:51 o'clock PM EDT, MELISSA BROWN received from Partnership for Families, Children and Adults, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: March 25, 2010

By _Wayne N Gray_ (signature)

Name WAYNE N GRAY

Title CERTIFIED CREDIT COUNSELOR

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).